

**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

---

| 100 Middle Street | (207) 780-3257 |
| 6th Floor, East Tower | TTY (207) 780-3060 |
| Portland, ME  04101 | Fax (207) 780-3304 |
| | www.usdoj.gov/usao/me |

September 20, 2024

Honorable John C. Nivison
U.S. Magistrate Judge
United States District Court
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

Re:     United States of America v. Crystal Greenlaw, 1:19-cr-00171-LEW

Dear Judge Nivison,

On September 19, 2024, the United States Attorney's Office for the District of Maine received the attached letter and envelope from Ms. Crystal Greenlaw at its Bangor office in the Margaret Chase Smith Federal Building & Courthouse. The letter begins "Dear Judge . . . ."

I am uncertain whether the letter received by my office is a copy intended for the government, or whether the letter was inadvertently delivered to the United States Attorney's Office rather than to the Court. I am forwarding the letter and accompanying envelope to the Court via electronic mail and will copy Attorney Pratt on that electronic communication. My office will also send a copy of this letter and the attachment to Ms. Greenlaw so that she is aware of these communications.

Thank you for your time and attention to this matter.

Sincerely,

Darcie N. McElwee
UNITED STATES ATTORNEY

BY:     */s/ Nicholas Heimbach*
Nicholas Heimbach
Assistant United States Attorney

Attachment

Cc: Jeremy Pratt, Esq. (w/ attachment via electronic mail)
    Crystal Greenlaw (w/ attachment via regular mail)
        Crystal Greenlaw

Register No. 00306-509
FPC Alderson
Federal Prison Camp
Glen Ray Road, Box A
Alderson, WV 24910